DURWOOD EISAMAN, Appellant, v. COUNTY OF MADISON, Respondent.—

Foster, P. J., Heffernan, Brewster and Bergan, JJ., concur; Coon, J., taking no part.